# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                              Case No.: 1:20–cr–00688

                                                        Honorable John J. Tharp Jr.

Gee Siong Kok, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 15, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr. as to Hytera Communications Corporation, Ltd: Defendant's unopposed request to extend the pretrial motions deadline is granted. Pretrial motions are due by 7/21/23; responses due by 8/18/23; replies due by 9/8/23. Trial date of 2/5/24 stands. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.