UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA v.<br><br>HYTERA COMMUNICATIONS<br>CORPORATION, LTD. | No. 20 CR 688-1<br><br>Judge John J. Tharp Jr. |

## PROPOSED STATEMENT OF THE CASE

The Defendant, Hytera Communications Corporation, Ltd., is a telecommunications company. The government alleges that Hytera took trade secret information belonging to Motorola, a competing telecommunications company. Hytera denies that it took anything from Motorola, and denies that the information at issue is a trade secret.

Hytera is charged with 21 counts related to the alleged theft of trade secrets from Motorola. Count One charges a conspiracy to steal, copy, and possess Motorola's trade secret information. Counts Two through Twenty-One charge Hytera with unlawfully possessing or attempting to possess trade secret information.

Hytera has pleaded not guilty to each of the counts in the indictment.

Dated: December 9, 2024

Respectfully submitted,

  */s/ James L. Brochin*
Rachel M. Cannon
Christopher S. Niewoehner
STEPTOE LLP
227 West Monroe Street, Ste. 4700
Chicago, IL 60606
Telephone: (312) 577-1300
rcannon@steptoe.com
cniewoehner@steptoe.com

Boyd Cloern (*pro hac vice*)
Scott Richey (*pro hac vice*)
STEPTOE LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3000
bcloern@steptoe.com
srichey@steptoe.com

James L. Brochin (*pro hac vice*)
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900
jbrochin@steptoe.com

2