# CERTIFICATE OF CORPORATE RESOLUTION: HYTERA COMMUNICATIONS CORPORATION LTD.

## DATE: January 11, 2025

The undersigned, being the General Manager and Chief Executive Officer of Hytera Communications Corporation Ltd. ("Hytera"), hereby adopts, the following resolution.

**WHEREAS**, Hytera has determined to resolve case 20 CR 688 in the Northern District of Illinois by means of a guilty plea to Count One of the Indictment (the "Guilty Plea");

**WHEREAS**, Hytera and the United States Attorney's Office for the Northern District of Illinois have executed a written plea agreement, attached hereto, in case 20 CR 688, in furtherance of Hytera's decision to plead guilty to Count One of the Indictment;

**WHEREAS**, Hytera's change of plea hearing will occur before the Honorable John J. Tharp Jr., a judge in the Northern District of Illinois, on Monday, January 13, 2025;

**WHEREAS** Northern District of Illinois Local Criminal Rule 11.1 requires a resolution from Hytera to permit Hytera's counsel, STEPTOE LLP, to enter into the Guilty Plea on Hytera's behalf,

**NOW, THEREFORE BE IT RESOLVED**, Hytera hereby authorizes any of Rachel Cannon, Boyd Cloern, Chris Niewoehner, and/or Leah Quadrino, as representatives of Steptoe LLP (the "Steptoe Representatives"), to enter the Guilty Plea in case 20 CR 688 on Hytera's behalf, and take all necessary actions on behalf of Hytera to effectuate that Guilty Plea during the change of plea hearing.

**RESOLVED FURTHER**, that the Steptoe Representatives are hereby authorized, empowered and directed, for and on behalf of Hytera, to take any and all further actions, to negotiate for and enter into the Guilty Plea, to perform all such acts and things, to execute, file, deliver or record in the name and on behalf of Hytera, all such documents, certificates, instruments, or agreements as they, in their judgment, or in the judgment of any one or more of them, may deem necessary, appropriate or advisable in order to carry out the purpose or intent of, or consummate the transactions contemplated by, the foregoing resolution, the authorization therefore to be conclusively evidenced by the taking of such action or the execution and delivery of such agreements, certificates, instruments, or documents;

**RESOLVED FURTHER**, that the signing by any of the Steptoe Representatives of any of the documents or instruments referred to in or contemplated by the foregoing resolutions or the taking by them of any actions to carry out the foregoing shall conclusively establish (i) Hytera's determination of the propriety and the necessity, appropriateness or advisability of such documents or instruments and the actions contemplated thereby and (ii) Hytera's approval of the form of any such documents and instruments signed by any of the Steptoe Representatives;

**RESOLVED FURTHER**, that any action taken by any of the Steptoe Representatives prior to the adoption of these resolutions which is within the authority conferred by the foregoing resolutions is hereby ratified, approved and adopted in all respects as the acts and deeds of the Company;

**RESOLVED FURTHER**, that the appropriate officer of Hytera is hereby directed to file a signed copy of this Written Consent in the minute book of Hytera.

**IN WITNESS WHEREOF**, the undersigned has executed this written consent as of the date written above.

_____
Ye Lin Jiang
General Manager/Chief Executive Officer
Hytera Communications Corporation Ltd.