✎AO 245E    (Rev. 11/25) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

Northern —————— District of —————— Illinois

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **V.** | (For Organizational Defendants) |
| Hytera Communications Corporation, Ltd | CASE NUMBER: 1:20-cr-00688-1 |
| | Rachel Cannon, Christopher Niewoehner, Boyd Cloern |
| | Defendant Organization's Attorney |

## THE DEFENDANT ORGANIZATION:

☑ pleaded guilty to count(s)  1 of the Indictment

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1832(a)(5) | Conspiracy to Steal Trade Secrets | 6/22/2020 | 1 |
| | | | |

The defendant organization is sentenced as provided in pages 2 through ___5___ of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☑ Count(s)  2-21 and forfeiture allegation    ☐ is    ☑ are   dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.:  91440300279422189D

Defendant Organization's Principal Business Address:

Hytera Tower, Hi-Tech Industrial Park
9108 Beihuan Road
Nanshan District, Shenzhen, China

3/5/2026
Date of Imposition of Judgment

John J Tharp Jr          Digitally signed by John J Tharp Jr
                         Date: 2026.03.09 10:41:05 -05'00'
Signature of Judge

John J. Tharp, Jr.                    U.S. District Judge
Name of Judge                         Title of Judge

3/9/2026
Date

Defendant Organization's Mailing Address:

Hytera Communications
Corporation, Ltd.
C/O Steptoe LLP
227 W. Monroe, Suite 470
Chicago, IL 60606

AO 245E    (Rev. 11/25) Judgment in a Criminal Case for Organizational Defendants
          Sheet 2 — Probation

DEFENDANT ORGANIZATION: Hytera Communications Corpora

CASE NUMBER: 1:20-cr-00688-1

Judgment—Page   2   of   5

## PROBATION

The defendant organization is hereby sentenced to probation for a term of :
Five (5) years

The defendant organization shall not commit another federal, state or local crime.

      If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant organization must comply with the standard conditions that have been adopted by this court as well as with   any additional conditions on the attached page (if indicated below).

ADDITIONAL CONDITIONS:

(1) Hytera will make the payments it owes in the civil case (17 CV 1973) on the payment schedule set forth below.

## STANDARD CONDITIONS OF SUPERVISION

1)  within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2)  the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3)  the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4)  the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5)  the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6)  the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7)  the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E    (Rev. 11/25) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2B — Probation

DEFENDANT ORGANIZATION: Hytera Communications Corpora+    Judgment—Page __3__ of __5__
CASE NUMBER: 1:20-cr-00688-1

## SPECIAL CONDITIONS OF SUPERVISION

(1) Hytera shall provide a probation officer with access to requested financial information necessary to monitor compliance with other conditions of probation.

(2) Hytera shall maintain an effective compliance and ethics program consistent with §8B2.1 (Effective Compliance and Ethics Program). Hytera shall provide the Probation officer with a report detailing the nature and status of its compliance program as requested by the Probation officer, but no less than annually for the duration of its probationary term. See § 8D1.4(b)(1) (modified). This report shall disclose any criminal prosecution, civil litigation, or administrative proceeding commenced against the organization, or any investigation or formal inquiry by governmental authorities of which the organization learned since its last report. U.S.S.G. § 8D1.4(b)(3).

(3) Hytera shall provide notice about sales of any major assets, receivables, or performance on purchase orders in the amount of $5 million or more. Hytera shall provide notice about any proceeds that Hytera will be receiving from such asset sales before Hytera takes any steps to transfer those proceeds outside of Hytera's possession, custody, and control.

(4) Hytera must notify the Court and the United States Attorneys' Office of any material change in economic circumstances that might affect its ability to pay restitution.

AO 245E    (Rev. 11/25) Judgment in a Criminal Case for Organizational Defendants
          Sheet 3 — Criminal Monetary Penalties

DEFENDANT ORGANIZATION: Hytera Communications Corporat◘
CASE NUMBER: 1:20-cr-00688-1

Judgment — Page __4__ of __5__

## CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 400.00 | $ 50,000,000.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

  ☑ the interest requirement is waived for the   ☑ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E     (Rev. 11/25) Judgment in a Criminal Case for Organizational
            Defendants Sheet 4 — Schedule of Payments

DEFENDANT ORGANIZATION: Hytera Communications Corpor+        Judgment — Page   5   of   5
CASE NUMBER:  1:20-cr-00688-1

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**   ☑  Lump sum payment of $ ___400.00___ due immediately, balance due

    ☐  not later than _____ , or
    ☐  in accordance with  ☐ C or  ☑ D below; or

**B**   ☐  Payment to begin immediately (may be combined with   ☐ C or   ☐ D below); or

**C**   ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   ☑  Special instructions regarding the payment of criminal monetary penalties:

A minimum of $100,000,000 per year beginning with 2026 and continuing until the civil judgment has been fully satisfied by the end of 2028. Amounts paid in 2026 before sentencing do not count toward the required 2026 payment. The $50,000,000 fine shall be paid after the civil judgment has been satisfied in full and must be paid in full by the end of 2029.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant organization shall pay the cost of prosecution.

☐  The defendant organization shall pay the following court cost(s):

☐  The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.